1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11                                              No. 2:23-cv-01656-TLN-KJN

        IN RE:  STEVEN WAYNE BONILLA
12                                              No. 2:23-cv-01657-TLN-KJN

13                                              No. 2:23-cv-01658-TLN-KJN

14                                              No. 2:23-cv-01659-TLN-KJN

15                                              No. 2:23-cv-01688-TLN-KJN

16                                              No. 2:23-cv-01689-TLN-KJN

17                                              No. 2:23-cv-01690-TLN-KJN

18                                              No. 2:23-cv-01691-TLN-KJN

19                                              No. 2:23-cv-01692-TLN-KJN

20                                              No. 2:23-cv-01693-TLN-KJN

21                                              **ORDER**

22

23

24          Plaintiff is a state prisoner, proceeding without counsel, in these civil actions.  On

25  November 29, 2018, Plaintiff was declared a vexatious litigant in Case No. 2:18-cv-2544-TLN-

26  KJN.  On June 14, 2023, the undersigned issued an amended vexatious litigant order in Case No.

27  2:18-cv-2544-TLN-KJN.  Pursuant to the amended vexatious litigant order, all new cases filed by

28  Plaintiff related to his Alameda County conviction will be dismissed and closed.

1

1    Pursuant to the amended vexatious litigant order, the undersigned reviewed the

2   complaints/petitions filed in the cases listed in the caption above.  The Court finds the

3   complaints/petitions filed in the cases listed in the caption above are related to Plaintiff's

4   Alameda County conviction.

5    Accordingly, IT IS HEREBY ORDERED that 2:23-cv-01656, 2:23-cv-01657, 2:23-cv-

6   01658, 2:23-cv-01659, 2:23-cv-01688, 2:23-cv-01689, 2:23-cv-01690, 2:23-cv-01691, 2:23-cv-

7   01692 and 2:23-cv-01693 are DISMISSED; the Clerk of the Court is directed to close these cases;

8   no further filings will be accepted in any of the above referenced cases.

9   Date:  August 16, 2023

10

11

12                    Troy L. Nunley
                       United States District Judge
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28